Judge Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NEAL ALLEN HAYDEN and ROBIN D. HAYDEN, *husband and wife and their marital community*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>     *Defendant*. | No. 3:19-cv-05739<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |

Pursuant to LCR 3(h) Plaintiffs submit this notice of pendency of other action.

| <u>Case Name</u> | <u>Case No.</u> |
|---|---|
| In Re: *Roundup Products Liability Litigation* | 16-md-02741-VC |

DATED this 13th day of August 2019.

CORRIE YACKULIC LAW FIRM, PLLC

*Corrie J. Yackulic*

_____
Corrie J. Yackulic, WSBA No. 16063
705 Second Avenue, Suite 1300
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com
*Attorney for Plaintiffs*

NOTICE OF RELATED CASES
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725